THE STATE OF OHIO, APPELLEE, *v.* JONES, APPELLANT.

[Cite as *State v. Jones* (1996), 76 Ohio St.3d 260.]

(No. 96–195—Submitted May 7, 1996—Decided August 7, 1996.)

*Raymond E. Jones, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its decision.[1]

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

---

1. Appellant's motion for the appointment of counsel is denied.